# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JESSICA ZDROJEWSKI, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP.,<br><br>　　　　　　Defendant. | Case No: 1:24-cv-01561<br><br>Judge David A. Ruiz |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the parties' Stipulated Order of Dismissal (R. 16), it is hereby ordered that Plaintiff's claims are dismissed without prejudice, each party to bear their own costs. It is further ordered that the collective claims of the putative collective members are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: February 10, 2025

/s David A. Ruiz
United States District Judge